

UNITED STATES GOVERNMENT
**Federal Bureau of Prisons**
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

January 12, 2007

*Request approved,*
*Carl Horn, III*
*Jan. 24, 2007*

The Honorable Carl Horn, III
United States Magistrate Judge
Western District of North Carolina, Charlotte Division
238 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re:  MORGAN, Antoine Ryan
     Case No. 3:06CR176-C
     Reg. No. 21624-058

Dear Judge Horn:

Your court order, dated December 5, 2006, committed Antoine Ryan Morgan to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his mental competence to stand trial and mental state at the time of the alleged offense. Mr. Morgan arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on January 11, 2007. Pursuant to Title 18, United States Code, Section 4247, in addition to the evaluation period of 45 days beginning the day he arrived at our facility, due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us an additional 30 days to complete the evaluation. Under such a time frame, the evaluation would be completed by March 27, 2007, and a report would be available to the Court by April 17, 2007.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Stephen M. Dewalt
Warden